AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TROTT, Stephen S. | Ninth Circuit Court of Appeals | 07/18/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
550 W. Fort Street, Room 667
Boise, Idaho 83724

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boise Philharmonic Foundation |
| 2. | Board Member | Esther Simplot Performing Arts Center |
| 3. | Advisory Committee Member | Childrens Home Society of Idaho |
| 4. | Advisory Committee Member | Boise Philharmonic Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Vested interest in a retirement plan maintained by Los Angeles Cnty, CA. I was employed as an attorney between 1965/1981. I draw a retirement income monthly. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 07/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Los Angeles County California Retirement | $12,000.00 |
| 2. 2013 | "Highwaymen" LLC, Record Sales & Performance Fees | $3,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | September 29, 2013 to October 06, 2013 | Cambridge, MA | Lecture on Informants | Hotel and Transportation |
| 2. | Berkeley Law School | October 20, 2013 to October 22, 2013 | Berkeley, CA | Lecture on Charles Hamilton Houston | Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 07/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chevron Corp CVX | D | Dividend | M | T | | | | | |
| 2. Exxon Mobil Corp XOM | B | Dividend | L | T | | | | | |
| 3. Realty Income Corp Reit O | C | Dividend | L | T | | | | | |
| 4. Brandes Invt TR BEMIX Instl Emerging Mkts Fund Class I | A | Dividend | K | T | Buy | 08/06/13 | J | | |
| 5. Harbor Fund Commodity Real Return Strategy FD Instl CL HAGMX | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 6. Dodge Cox Int'l Stk Fd DODFX | A | Dividend | J | T | | | | | |
| 7. Growth Fund of America Class F GFAFX | A | Dividend | J | T | Sold (part) | 08/06/13 | J | A | |
| 8. Nationwide Mut FDS New Geneva M/C Growth FD Instl Service CL | A | Dividend | J | T | Sold (part) | 08/06/13 | J | B | |
| 9. Janus Inst Overseas FD JIGFX | A | Dividend | J | T | | | | | |
| 10. Janus Adv Mid Cap Value Cl I JMVAX | A | Dividend | J | T | Sold (part) | 08/06/13 | J | A | |
| 11. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | Sold (part) | 08/06/13 | J | A | |
| 12. Mutual Ser FD Inc Global Dis Fd CL Z MDISX | B | Dividend | J | T | Sold (part) | 08/06/13 | J | A | |
| 13. J.P. Morgan US Govt Money MKT Fund Instl Class IJGXX | A | Dividend | J | T | Sold (part) | 08/06/13 | J | B | |
| 14. Pimco Commodity - Real Return Strategic Fund - PCRIX | A | Dividend | J | T | | | | | |
| 15. Pimco Commodity - Real Return Strategic Fund - PCRIX | A | Dividend | J | T | Buy | 12/16/13 | J | | |
| 16. PIMCO Funds Pac Int Total Return PTTRX | A | Dividend | J | T | | | | | |
| 17. PIMCO Funds Pac Int Total Return PTTRX | A | Dividend | J | T | Buy | 08/06/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Intl FDS (PRIDX) Inc. Int'l Discovery Fund | A | Dividend | J | T | | | | | |
| 19. T. Rowe Price Intl FDS (PRIDX) Inc. Int'l Discovery Fund | A | Dividend | J | T | Buy (add'l) | 08/06/13 | J | | |
| 20. Vanguard Index Vanguard 500 Index 500 Index FD Admiral Shares (VFIAX) | B | Dividend | J | T | Sold (part) | 08/06/13 | J | A | |
| 21. Vanguard Sm Cap Index Admiral Shares (VSMAX) | A | Dividend | J | T | Sold (part) | 07/29/13 | J | A | |
| 22. Vanguard BD Index FDS Short Term BD Index FD Admiral SHS (VBIRX) | A | Dividend | J | T | | | | | |
| 23. Vanguard BD Index FDS Short Term BD Index FD Admiral SHS (VBIRX) | A | Dividend | J | T | Buy (add'l) | 08/06/13 | J | | |
| 24. Vanguard Fixed Income Sec. FD Short VFSUX | A | Dividend | J | T | | | | | |
| 25. Vanguard Fixed Income Sec. FD Short VFSUX | A | Dividend | J | T | Buy | 08/06/13 | J | | |
| 26. Vanguard Index TR Mid-Cap Index Fund Admiral Shares (VIMAX) | A | Dividend | J | T | Sold (part) | 08/06/13 | J | A | |
| 27. Vanguard BD Index FDS Total Bond Mkt Index FD Admiral Shares (VBTLX) | B | Dividend | J | T | | | | | |
| 28. Vanguard Star Fund Total Intl Stock Index FD Admiral Shares (VTIAX) | A | Dividend | J | T | | | | | |
| 29. Vanguard Star Fund Total Intl Stock Index FD Admiral Shares (VTIAX) | A | Dividend | J | T | Buy | 08/06/13 | J | | |
| 30. Cash & Money Market - Evergreen US Govt Portfolio | A | Interest | K | T | | | | | |
| 31. Brandes Invt TR BEMIX Instl Emerging Mkts Fund Class | A | Dividend | J | T | Buy | 08/06/13 | J | | |
| 32. Dodge Cox Intl STK Fund DODFX | A | Dividend | J | T | | | | | |
| 33. Growth Fund American Fund - Class F GFAFX | A | Dividend | J | T | Sold (part) | 07/29/13 | J | A | |
| 34. Growth Fund American Fund - Class F GFAFX | A | Dividend | J | T | Sold (part) | 08/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Advisers Ser Adv Mid Cap Cl 1 JMVAX | A | Dividend | J | T | Sold (part) | 07/29/13 | J | A | |
| 36. Janus Invt FD Overseas - FD CL 1 JIGFX | A | Dividend | J | T | Sold (part) | 07/29/13 | J | A | |
| 37. J.P. Morgan US Gov't Money Mkt Fd Int'l Class IJGXX | A | Dividend | J | T | Sold (part) | 08/06/13 | J | A | |
| 38. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | Sold (part) | 07/29/13 | J | A | |
| 39. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | Sold (part) | 08/06/13 | J | A | |
| 40. Mutual Ser FD Inc GLBL Discovery Fd CL Z MDISX | A | Dividend | J | T | Sold (part) | 07/29/13 | J | A | |
| 41. PIMCO Commodity Real Return PCRIX | A | Dividend | J | T | Sold (part) | 08/06/13 | J | A | |
| 42. PIMCO FDS Pac Invt Mgt Ser Total Return PTTRX | A | Dividend | J | T | | | | | |
| 43. PIMCO FDS Pac Invt Mgt Ser Total Return PTTRX | A | Dividend | J | T | Buy | 08/06/13 | J | | |
| 44. Vanguard Index Trust 500 Portfolio Inv Fund VFIAX | A | Dividend | J | T | Sold (part) | 07/29/13 | J | A | |
| 45. Vanguard Index Trust 500 Portfolio Inv Fund VFIAX | A | Dividend | J | T | Sold (part) | 08/06/13 | J | A | |
| 46. Vanguard Sm Cap Index Admiral Shares VSMAX | A | Dividend | J | T | Sold (part) | 07/29/13 | J | A | |
| 47. Vanguard Index TR Mid-Cap Index Fund Admiral Shares (VIMAX) | A | Dividend | J | T | Sold (part) | 08/06/13 | J | A | |
| 48. Vanguard Star Fund Total Intl Stk Index FD Admiral Shares VTIAX | A | Dividend | J | T | | | | | |
| 49. Vanguard Star Fund Total Intl Stk Index FD Admiral Shares VTIAX | A | Dividend | J | T | Buy | 08/06/13 | J | | |
| 50. Vanguard Municipal Bond Fund Lmtd Term Tax Exempt VMLUX | A | Dividend | J | T | | | | | |
| 51. Vanguard Municipal Bond Fund Lmtd Term Tax Exempt VMLUX | A | Dividend | J | T | Buy | 08/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Municipal Bond Fund Short Term VWSUX | B | Dividend | J | T | | | | | |
| 53. Vanguard Municipal Bond Fund Short Term VWSUX | A | Dividend | J | T | Buy | 08/06/13 | J | | |
| 54. National Mut FDS New Geneva M/C Growth FD Instl. Service CL NWHYX | A | Dividend | J | T | | | | | |
| 55. T. Rowe Price Int'l FDS Inc. Int'l Discovery Fund PRIDX | A | Dividend | J | T | | | | | |
| 56. T. Rowe Price Int'l FDS Inc. Int'l Discovery Fund PRIDX | A | Dividend | J | T | Buy | 08/06/13 | J | | |
| 57. IRA - US Bank Cash Equivalent | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII:

This, except for line #57 (IRA U.S. Bank), belongs to my Spouse and is her separate asset held in three different accounts, which may make some of the reporting seem duplicative or redundant, which it is not.

---

In response to your letter of inquiry of July 10, 2014, I submit the following. Most of the problems are caused by Vanguard's recent decisions to change their symbols on the funds in question. Thus, it appears on the 2013 Report that something is new when in fact it is not -- just the symbol has changed. I hope this is helpful.

Part VII, page 5, lines 21 and 27, and page 6, line 46, listed various assets which were not in prior report.
Line 21 Was on 04/01/13 (Calendar Year 2012) report line 26 – as Vanguard Sm Cap Sig Shrs VSISX
Line 27 Was on 04/01/13 (Calendar Year 2012) report line 32 – as Vanguard Bond Index VBTSX
Line 46 Was on 04/01/13 (Calendar Year 2012) report line 53 – as Vanguard Index TR Small Cap Stock Portfolio VSISX

Part VII, page 4, lines 5 and 6, lines 26 and 32, and page 7, line 53, in prior report listed various assets, but did not list these assets in current report.
Line 5 Was purchased 12/16/13 so it wouldn't be on the 04/01/13 (Calendar Year 2012) report.
Line 6 Dodge Cox - Sold part 12/14/12 still hold.
Line 26 Was on 04/01/13 (Calendar Year 2012) report line30 - as Vanguard Mid Cap Index Fd CL 1 VMISX
Line 32 Was on 04/01/13 (Calendar Year 2012) report line 38 - as Dodge Cox Intl STK Fund DODFX
Line 53 Was on 04/01/13 (Calendar Year 2012) report lines 60 & 61 - as (60) Vanguard Municipal Bond Fund Short Term VWSUX and (61) Vanguard Municipal Bond Fund Short Term
 VWSUX.

There are three accounts in this report as noted on page 8, section VIII, all involving my wife's separate property.
Please confirm your receipt of this information.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Stephen S. TROTT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544